**Case No.:20-14047-C**

UNITED STATES OF AMERICA,

        Appellee,

v.

F.E.B. CORP. a Florida Corporation,

        Appellant.

_____/

**<ins>F.E.B. CORP'S NOTICE OF ERRATA IN INITIAL BRIEF</ins>**

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to 11th Cir. R. 26.1-2(a), undersigned counsel hereby certifies that no corporation or publicly held corporation owns 10% or more of F.E.B. Corp.'s stock,  and the following is a complete list of all persons and entities known to have an interest in the outcome of this appeal:

1. Bruce S. Rogow, P.A. – Counsel for the Appellant

2. Campion, Tara A. – Counsel for the Appellant

3. Erickson-Pogorzelski, Anthony – Trial Counsel for the Appellee

4. F.E.B. Corp. – Appellant

5. Grey, Michael – Appellant Counsel for the Appellee

6. Rogow, Bruce S. – Counsel for the Appellant

7. United States of America – Appellee

**Case No.:20-14047-C**

UNITED STATES OF AMERICA,

       Appellee,

v.

F.E.B. CORP. a Florida Corporation,

       Appellant.

_____/

### F.E.B. CORP'S NOTICE OF ERRATA IN INITIAL BRIEF

Undersigned counsel files this Notice of Errata to correct typographical errors contained in Appellant, F.E.B. Corp.'s Initial Brief filed July 18, 2021 (docketed July 21, 2021).

1. On pages ii and 17, "reversable" is misspelled ("reversible").

2. On page 23, the Rule should read "An opinion is not objectionable just because it embraces *an* ultimate issue."

3. On page 29, the word "crested" should read "created."

4. On page 30, the full name of the fund is "Florida Trustees International Improvement *Trust* Fund.

5. On page 39 of the Brief it states: "In *1964* the Navy sent a deed for what they wanted and had plans to use." However, the correct date was 1946.

Undersigned counsel regrets the errors.

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document excepted by Fed. R. App. P. 32(f): this document contains <u>127</u> words.

Respectfully submitted,

<i>/s/ Tara A. Campion</i>
TARA A. CAMPION
FL. Bar No.: 90944
**BRUCE S. ROGOW, P.A.**
1199 S. Federal Hwy., #212
Boca Raton, FL 33432
PH: 954.767.8909
tcampion@rogowlaw.com

BRUCE S. ROGOW
FL. Bar No.: 067999
**BRUCE S. ROGOW, P.A.**
P.O. Box 749
Cedar Mountain, NC 28718
PH: 954.767.8909
brogow@rogowlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.

<i>/s/ Tara A. Campion</i>
TARA A. CAMPION